IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| DARNELL IVEN ADAMS, #00593403 § | |
| § | |
| VS. § | CIVIL ACTION NO.  4:20cv759 |
| § | *consolidated with* 4:21cv53 |
| DIRECTOR, TDCJ-CID § | |

**ORDER OF DISMISSAL**

The above-entitled and numbered civil action was referred to United States Magistrate Judge Kimberly C. Priest Johnson, who issued a Report and Recommendation concluding that the petition for writ of habeas corpus should be denied and dismissed with prejudice. No objections were timely filed.[1]

The Report of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration. The Court concludes that the findings and conclusions of the Magistrate Judge are correct. Therefore, the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the Court.

It is accordingly **ORDERED** the petition for a writ of habeas corpus is **DENIED** and the case is **DISMISSED** with prejudice. A certificate of appealability is **DENIED**.

It is further **ORDERED** that all motions not previously ruled on are hereby **DENIED**.

---

[1] A copy of the Report and Recommendation (Dkt. #28) was returned as undeliverable on August 21, 2023, and marked, "Not Deliverable as Addressed-Unable to Forward" and "Discharged." (Dkt. #29). Petitioner has not updated his address with the Court.

**SIGNED this 29th day of August, 2023.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE